IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:15CR121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO RESTRICT |
| | ) | |
| DANIELLE ZELAZNY, | ) | |
| | ) | Judge Bataillon |
| Defendant. | ) | Magistrate Judge Thalken |

This matter is before the Court on the Defendant's motion to restrict access to unredacted documents. The motion will be granted.

**IT IS SO ORDERED:**

1. The Defendant's motion to restrict access to unredacted documents is granted.

2. The Clerk's Office shall scan and upload the documents to the System and restrict their access to the Court and counsel of record pursuant to the E-Government Act.

DATED this 20th day of October, 2015.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge