IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR121 |
| vs. | |
| DANIELLE ZELAZNY, | ORDER |
| Defendant. | |

This matter is before the court on defendant's motion for reconsideration ([Filing No. 56](#)) of the court's orders entered January 25, 2016. [Filing No. 54](#) and [Filing No. 55](#), Order. For good cause shown, the motion will be granted.

IT IS ORDERED THAT:

1. Defendant's motion for reconsideration ([Filing No. 56](#)) is granted.

2. The order adopting the Magistrate's Findings and Recommendation (F&R) and denying the motion to suppress ([Filing No. 54](#)) is vacated.

3. The defendant shall have to on or before January 27, 2016 to file an objection to the F&R.

4. The trial set for 2/29/16 is cancelled. Trial will be re-scheduled upon further order of the court.

Dated this 27th day of January, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge