# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR121 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIELLE ZELAZNY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint oral motion to continue by defendant Danielle Zelazny (Zelazny) and the government made during a telephone conference with the undersigned magistrate judge on March 23, 2016. Zelazny was represented by Barbara J. Thielen and the government was represented by Assistant U.S. Attorney Matthew R. Molsen. The parties seek a continuance of the trial of this matter which was scheduled for April 4, 2016. Zelazny's counsel represents that Zelazny will file an affidavit whereby Zelazny consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The joint oral motion to continue trial is granted.

2. Trial of this matter is re-scheduled for **May 31, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 23, 2016, and May 31, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 23rd day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge