IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DANIELLE ZELAZNY,

        Defendant.

8:15CR121

ORDER

This matter is before the court on the defendant's motion in limine to exclude all evidence and derivative evidence from two cellular telephones seized from the defendant and one cellular telephone belonging to a confidential informant. (Filing No. 74). The Government informed the court that it seeks to introduce only the digital files for the images found on the defendant's phone and the corresponding images found on a second phone. The images are relevant to Count II of the Indictment. They establish the defendant's possession of the firearm seized. After taking into consideration all evidence presented and the limited scope of the exhibits to be produced by the government, the defendant's motion in limine is denied.

IT IS ORDERED that:

1. The defendant's motion in limine to exclude all evidence and derivative evidence from the three cellular telephones (Filing No. 74) is denied.

Dated this 13th day of September, 2016.

        BY THE COURT:

        s/ Joseph F. Bataillon
        Senior United States District Judge