IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR121 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DANIELLE ZELAZNY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 96), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of Count I of the Indictment against Danielle Zelazny.

IT IS ORDERED that the Motion to Dismiss Count I of the Indictment (Filing No. 96) is granted.

Dated this 15th day of September, 2016.

BY THE COURT:


  s/ Joseph F. Bataillon
Senior United States District Judge