IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR121 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DANIELLE ZELAZNY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 111), pursuant to Federal Rule of

Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the

Indictment against Danielle Zelazny.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 111) is granted.

Dated this 13th day of October, 2016.

BY THE COURT:


    s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge